IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARPY COUNTY, NEBRASKA,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN CASTLE USA INC, and T-MOBILE CENTRAL LLC,<br><br>Defendants. | 8:20-CV-325<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Defendants' Motion for Entry of Consent Decree (Filing 18). Defendants ask the Court to adopt, sign, and enter the parties' Stipulation of Settlement and proposed Consent Decree (Filing 18-1).

"Consent decrees should: spring from—and serve to resolve—a dispute within the court's subject-matter jurisdiction; come within the general scope of the case from the pleadings; and, further the objectives of the law on which the complaint was based." *E.E.O.C. v. Prod. Fabricators, Inc.*, 666 F.3d 1170, 1172 (8th Cir. 2012) (citing *Local No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525, 106 S. Ct. 3063, 92 L. Ed. 2d 405 (1986)). "When reviewing a proposed consent decree, the trial court is to review the settlement for fairness, reasonableness, and adequacy." *Id.* (quoting *United States v. Metro. St. Louis Sewer Dist. (MSD)*, 952 F.2d 1040, 1044 (8th Cir. 1992)).

Here, the Court has reviewed the proposed Consent Decree (Filing 18-1) and finds the Consent Decree to be fair, reasonable, and adequate in its resolution of the allegations raised in the Complaint (Filing 1). Thus,

IT IS ORDERED:

1. Defendants' Motion for Settlement (Filing 18) is granted;

1

2. The Consent Decree, constituting a final judgment for the purposes of Fed. R. Civ. P. 54 and 58, will be separately entered on this date; and

3. The Court shall retain jurisdiction of this matter to enforce the terms of the Consent Decree until the terms of the Consent Decree are fulfilled.

Dated this 18th day of December, 2020.

                                          BY THE COURT:

                                          Brian C. Buescher
                                          United States District Judge